SCANNED at BCF and Emailed on
12/15/21 by PM - 7 pages.
(date)   (initials)   (num)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

FILED
12/15/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| NAME (under which you were convicted): Charles R. Swift Jr. | CASE NO. [For a new case in this court, leave blank. The Court will assign a case number.] 3:21-CV-168-RLY-MPB |
|---|---|
| Place of Confinement: Branchville Correctional Facility | Earliest Possible Release Date: 8/1/2023 |

[Once you know your case number, it is VERY IMPORTANT that you include it on EVERYTHING you send to the Court for this case. DO NOT send more than one copy of anything to the Court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: New Castle Correctional Facility
   Date of Hearing: 8/3/2021. Case Number: NCF-07-0117
   Offense: Intoxicating Substance
   Code #: 231                    Did you plead guilty? ☐ Yes ☒ No
2. Lost earned credit time? ☒ Yes ☐ No, I lost 45 days earned credit time.
   Was the loss of earned credit time suspended? ☐ Yes ☒ No, It was suspended until: __/__/ NA .
   If suspended, has it been imposed? ☐ Yes ☒ No, It was imposed on: __/__/ NA .
3. Demoted in credit class? ☒ Yes ☐ No, I was demoted from class 1 to Class 2 .
   Was the demotion suspended? ☐ Yes ☒ No, It was suspended until: __/__/ NA .
   If suspended, has it been imposed? ☐ Yes ☒ No, It was imposed on: __/__/ NA .
4. Appealed to the Superintendent? ☒ Yes ☐ No, the result was: _____
5. Appealed to final reviewing authority? ☒ Yes ☐ No, the result was: Conviction upheld (Denied)
6. Previously challenged this disciplinary hearing in federal court? ☐ Yes ☒ No, case number: _____
7. Are you paying the $5.00 filing fee?
   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ☒ Yes, the money will be paid for me by: BCF (Clerk)
   ☐ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.]

**CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.**

**GROUND ONE:** [Briefly describe your claim.] Chain-of-Custody was not maintained

**SUPPORTING FACTS:** [Do not argue or cite law. Just state the specific facts that support your claim.]
I did not receive forms documenting the chemical test that I requested. I did not waive my twenty-four (24) hours. The Conduct Report states that these two (2) pieces of paper were placed in an evidence locker for further testing however upon request I never received any test results from said paper towels in question, which violates the proper chain-of-custody.

Did you present Ground One to the final reviewing authority? ☑ Yes  ☐ No, because _____

**GROUND TWO:** [Briefly describe your claim.] Violation of Due Process / Violation of the 8th Amendment (Cruel and Unusual punishment.)

**SUPPORTING FACTS:** [Do not argue or cite law. Just state the specific facts that support your claim.]
Due Process Clauses prohibit Government, including prison officials from depriving you of life, liberty, and property without Due Process of Law. My comment at my hearing states that these paper towels were soaked in coffee in order to stain Arts and Crafts projects that I made out of popsicle sticks purchased from the Indiana Dept. of Corrections. I feel that prison officials deprived me of my good time by allowing me to purchase Arts and Craft materials to make projects and then deprived me of my liberty by intentionally taking away my Good Time by twisting the facts by making something positive into a negative and causing me to lose valuable time away from my loved ones.

Did you present Ground Two to the final reviewing authority? ☑ Yes  ☐ No, because _____

**GROUND THREE:** [Briefly describe your claim.] Statement of Corrections officer Ms. Smith

**SUPPORTING FACTS:** [Do not argue or cite law. Just state the specific facts that support your claim.]
The officer that found these pieces of paper towels also commented on the several "stained" projects I had made. Ms. Smith stated that they were very nice and appeared to have taken some time and skill in making these projects. It is my belief that she knew that these paper towels were used in the process of staining these projects. However with the ever-growing issues with intoxicants in the Dept. of Corrections she was forced to write this Report of Conduct.

Did you present Ground Three to the final reviewing authority? ☐ Yes ☑ No, because I stated policy and procedure issues only.

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]
☑ Report of Conduct
☐ Screening Report
☑ Report of Disciplinary Hearing
☑ Letter from the Final Reviewing Authority
☐ Other relevant documents: _____

## RELIEF

I ask for the following relief: I am Respectfully Requesting the loss of 45 days and the time lossed when demoted from time class 1 to time class 2 _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on _12_/_15_/20_21_ at _E-File_ am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true.

Charles R. Swift                              #125162
Signature                                     Prisoner Number