UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHARLES R. SWIFT, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:21-cv-00168-RLY-MPB ) |
| WARDEN, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the Petitioner Charles Swift.

Mr. Swift's petition for writ of habeas corpus is **denied** and the action is terminated.

Date: 1/09/2023

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CHARLES R. SWIFT, JR.
125162
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
BRANCHVILLE, IN 47514
Electronic Service Participant – Court Only

Marjorie H. Lawyer-Smith
INDIANA ATTORNEY GENERAL
marjorie.lawyer-smith@atg.in.gov